UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20483-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SOMJEET CHRISTOPHER SINGH,

    Defendant.
_____/

## DEFENDANT SOMJEET CHRISTOPHER SINGH'S MEMORANDUM REGARDING THE APPOINTMENT OF LEARNED COUNSEL TO ASSIST RETAINED COUNSEL

The Defendant, SOMJEET CHRISTOPHER SINGH, by and through his undersigned counsel files this Memorandum Regarding the Appointment of Learned Counsel to Assist Retained Counsel and as grounds therefore states the following:

1. That the Indictment alleges that the Defendant committed Murder for Hire Conspiracy, in violation of Title 18, U.S.C. §1958, Murder for Hire, in violation of Title 18, U.S.C. §1958, and Kidnapping, in violation of Title 18, U.S.C. §1201(a)(1);[1]

2. That the above-mentioned charges, if the Defendant were convicted, require a maximum term of imprisonment of Life or the Death Penalty;

3. That attorney Michael Panella filed a Notice of Appearance as retained counsel to represent the Defendant. (See D.E. #9);

4. That on February 22nd, 2024, attorney Michael Panella filed a Motion for Appointment of Learned Counsel to assist him during the death penalty authorization process within the Department of Justice. (See D.E. #62);

5. That included in attorney Michael Panella's above-mentioned motion was a Declaration of Kevin McNally Regarding the Appointment of Learned Counsel to Assist Retained Counsel;

---

[1] The Defendant is also charged with Kidapping. That, however, does not affect this Memorandum.

1

6. That this Honorable Court appointed undersigned counsel as second attorney to serve as Learned Counsel on February 23rd, 2024. (See D.E. #63);

7. That on July 2nd, 2024, Ms. Wilma Jackson from the Clerk's Office raised the issue of the appointment of second counsel to serve as Learned Counsel as the Defendant has retained counsel;

8. That as a result of the above, this Honorable Court requested that undersigned counsel provide authority that it is appropriate to appoint a second attorney to serve as Learned Counsel in a case where the Defendant has retained counsel.

## MEMORANDUM OF LAW,

In attorney Michael Panella's request to appoint learned counsel, he attached the affidavit of Kevin McNally, who serves with the Federal Death Penalty Resource Counsel Project.

Specifically, in Mr. McNally's Affidavit, paragraph 7, page 8, he cites numerous cases where District Courts have appointed counsel pursuant to Title 18, U.S.C. §3005, 18 U.S.C. §3006 and 18 U.S.C. §3599 (a)(1) to assist retained counsel in potential Federal Capital cases while pending review by the Department of Justice. ( See D.E. # 62, Exhibit A ).

Within the Southern District of Florida, in the case of U.S. v. Fredrick Massero, Case No. 00-6273-Cr-HUCK, the Court appointed Learned Counsel in a case where the Defendant had retained counsel.

Based upon the foregoing, the Defendant, Somjeet Christopher Singh, submits there is ample authority for the Court to appoint a second attorney to serve as Learned Counsel to assist retained counsel during the death penalty authorization process within the Department of Justice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the CLERK OF COURT using the CM/ECF system, which will send notice of electronic filing to all counsel of record in this matter this 8th day of July, 2024.

Respectfully submitted

BY: __/S/ Stuart Adelstein__
Stuart Adelstein, P.A.
2929 S.W. Third Avenue, Suite 412
305-358-9222
305-285-9110 Fax
adelsteinslaw@aol.com
Fla Bar No. 234540

2