**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-20483-CR-ALTMAN**

**UNITED STATES OF AMERICA**

vs.

**SOMJEET CHRISTOPHER SINGH et. al.,**

Defendants.
_____/

**NOTICE THAT THE UNITED STATES DOES NOT INTEND TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides notice to the Court that the government will NOT SEEK the death penalty against the above-named defendants in this case, and states as follows:

1. On or about December 13, 2023, a federal grand jury returned a five-count indictment. All the defendants were charged in at least one of the five counts with Murder for Hire, in violation of Title 18, United Stats Code, Sections 1958 and 2, and Kidnapping Resulting in Death, in violation of Title 18, United States Code, Sections 1201(a) and 2, which are death penalty eligible offenses [ECF 17]. The Court initially set the deadline for the defendants to submit mitigation packages and the government to file its decision to seek or not seek the death penalty, but those dates were reset. On April 29, 2025, the Court reset the deadline for the government to announce whether to seek or not seek the death penalty by June 16, 2025 [ECF 176].

2. The Department of Justice has decided NOT TO SEEK the death penalty for defendants Somjeet Christopher Singh, Avin Seetaram, and Gavin Hunter for the crimes charged in the Indictment.

1

The decision NOT TO SEEK the death penalty was communicated to counsel for all defendants on June 11, 2025.

                                                    Respectfully submitted,

                                                    HAYDEN P. O'BYRNE
                                                    UNITED STATES ATTORNEY

By:    */s/ Abbie D. Waxman*
          Abbie D. Waxman
          Assistant United States Attorney
          Florida Bar No.: 109315
          99 Northeast 4th Street, 8th Floor
          Miami, Florida 33132
          T. (305) 961-9240
          Abbie.Waxman@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                    */s/ Abbie D. Waxman*
                                                    Abbie D. Waxman
                                                    Assistant United States Attorney