# COURT MINUTES

Page 2

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor       Date: 7/22/2025   Time: 10:00 a.m.

Defendant: 2) **Somjeet Christopher Singh**   J#: 88351-510   Case #: 23-CR-20483-ALTMAN(s)
AUSA: Abbie Waxman   Attorney: Stuart Adelstein (PERM)
Violation: Conspiracy to Commit Murder for Hire; Murder for Hire
Proceeding: Arraignment on Superseding Indictment   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at: Pretrial Detention   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Brady Order Given on 1/3/24.

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned

☒ Defense ore-tenus request for entry of the Standing Discovery Order - Granted

Brady Order Given

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:       Time:       Judge:       Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:29:33, 10:31:57       Time in Court: 2 Minutes