## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA,
        Plaintiff,

v.

SOMJEET SINGH,
GAVIN HUNTER,
and MICHAEL JARRETT,
        Defendants.
_____/

### UNOPPOSED JOINT MOTION TO CONTINUE TRIAL

Somjeet Christopher Singh, Gavin Hunter, and Michael Jarrett (the "defendants"), through their undersigned counsel, respectfully move for a continuance of the trial setting in this case, and in support thereof state:

Trial is currently set for October 14, 2025. [ECF No. 253]. At the September 18, 2025 Status Conference, the parties (excluding Mr. Seetaram and Ramanan) agreed that a continuance was needed and confirmed availability for a January 5, 2026 trial date. The Court directed the defendants to file this motion. [ECF No. 305].

Accordingly, the moving defendants, through counsel, request the continuance contemplated at the September 18th hearing because they need additional time to prepare their cases for trial and for the additional reasons discussed during the status conference.

The defendants hereby waive their rights to a speedy trial and agree that the ends of justice served by granting a continuance outweigh the best

interest of the public and the defendants in a speedy trial and that the resulting delay shall be excludable under 18 U.S.C. § 3161(h)(7).

Defense counsel have conferred with the government and it does not oppose this request.

**WHEREFORE,** the moving defendants respectfully request that the Court continue the trial to January 5, 2026.

Dated: October 6, 2025                                       Respectfully submitted,

<u>/s/ Marshall Dore Louis</u>
Florida Bar No. 512680
**BOIES SCHILLER FLEXNER, LLP**
100 S.E. Second Street, Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
mlouis@bsfllp.com
*Counsel for Mr. Hunter*

<u>/s/ Juan J. Michelen</u>
Florida Bar No. 92901
**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600, Miami, FL 33131
Tel: (305) 614-1400
jmichelen@sknlaw.com

<u>/s/ Stuart Adelstein</u>
Florida Bar No. 234540
**STUART ADELSTEIN, P.A.**
2929 S.W. Third Avenue, Suite 412
Tel: 305-358-9222
adelsteinlaw@aol.com
*Counsel for Mr. Singh*

<u>/s/ Nora Lewis</u>
Florida Bar No. 115516
**NORA LEWIS LEGAL, PLLC**
Nora@lewislegalpllc.com

*Counsel for Mr. Jarrett*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, I filed the foregoing document via CM/ECF, which will serve all counsel of record through the Court's electronic notification system or by other authorized means for those not receiving electronic notices.

*s/ Juan J. Michelen*
Juan J. Michelen
