UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20483-Cr-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SOMJEET CHRISTOPHER SINGH,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

COMES NOW attorney Stuart Adelstein, counsel for the Defendant, and files this, his Notice of Change of Address, and as grounds therefore states the following:

That counsel's new address is:

    4461 Blossom Lane
    Weston, Florida   33331

Respectfully submitted,

STUART ADELSTEIN, P.A.
4461 Blossom Lane
Weston, Florida   33331
Telephone: 305-467-2522
adelsteinslaw@aol.com

BY:  /S/ Stuart Adelstein
      Stuart Adelstein, Esq.
      Fla Bar No. 234540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically using CM/ECF and same was delivered to all parties on this 8th of October, 2025.

/S/ Stuart Adelstein
Stuart Adelstein, Esq.